**NO JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>vs.<br><br>CHARLES R. FINDLEY, an individual, SANDRA FINDLEY, an individual, and DOES 1-10, inclusive,<br><br>       Defendants. | CASE NO. CV 12-01753 MMM (PSWx)<br><br>JUDGMENT FOR PLAINTIFF UNDER RULE 54(B) |

On May 22, 2012, plaintiff American General Life and Accident Insurance Company filed a motion for entry of default judgment against defendant Charles Findley. In an order dated July 6, 2012, the court granted plaintiff's motion. The court further found, under Rule 54(b) of the Federal Rules of Civil Procedure, that there was no just reason to delay entry of judgment against Charles Findley, as plaintiff's claims against Sandra Findley are distinct and based on an entirely separate insurance policy; Findley had not appeared or defended; and Findley's policy would remain in full force and effect until the completion of the action if judgment were not immediately entered. Accordingly,

      IT IS ORDERED AND ADJUDGED

      1.      That plaintiff recover from defendant Charles Findley $191,995.20, including $160,800 in damages/restitution, and $31,195.20 in prejudgment interest. This sum shall bear post-judgment interest at the annual rate of

      0.21% per year.

2.    The court finds and declares that Charles Findley did not sustain any accidental injury under the policy and that AGLA is entitled to rescind the policy issued to Charles Findley.

DATED: July 6, 2012

                                    */s/ Margaret M. Morrow*
                                  MARGARET M. MORROW
                                  UNITED STATES DISTRICT JUDGE