JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES R. FINDLEY, an individual, SANDRA FINDLEY, an individual, and DOES 1-10, inclusive, <br><br> Defendants. | ) CASE NO. CV 12-01753 MMM (PJWx) <br> ) <br> ) <br> ) JUDGMENT FOR PLAINTIFF <br> ) AMERICAN GENERAL LIFE AND <br> ) ACCIDENT INSURANCE COMPANY <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

  On March 15, 2013, the court granted plaintiff American General Life and Accident Insurance Company's motion for summary judgment. Accordingly,

  IT IS ORDERED AND ADJUDGED

  1. That American General Life and Accident Insurance Company recover from Sandra Findley compensatory damages of $189,300, $6,000 in punitive damages, and $36,652.27 in prejudgment interest. This sum shall bear post-judgment interest at

1         the annual rate of 0.15% per year; and

2    2.    That the action be, and it hereby is, dismissed.

4 DATED: March 15, 2013

                                                      MARGARET M. MORROW
                                                      UNITED STATES DISTRICT JUDGE