JS - 6

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

CENTRAL DISTRICT OF CALIFORNIA

12

13 AMERICAN GENERAL LIFE AND          ) CASE NO. CV 12-01753 MMM (PJWx)
   ACCIDENT INSURANCE COMPANY,        )
14                                     )
          Plaintiff,                   ) JUDGMENT FOR PLAINTIFF
15                                     ) AMERICAN GENERAL LIFE AND
          vs.                          ) ACCIDENT INSURANCE COMPANY
16                                     )
   CHARLES R. FINDLEY, an individual,  )
17 SANDRA FINDLEY, an individual, and  )
   DOES 1-10, inclusive,               )
18                                     )
          Defendants.                  )
19                                     )
                                       )
20                                     )

21

22     On March 15, 2013, the court granted plaintiff American General Life and Accident

23 Insurance Company's motion for summary judgment. Accordingly,

24     IT IS ORDERED AND ADJUDGED

25     1.    That American General Life and Accident Insurance Company recover from Sandra

26           Findley compensatory damages of $189,300, $6,000 in punitive damages, and

27           $36,652.27 in prejudgment interest. This sum shall bear post-judgment interest at

28

1        the annual rate of 0.15% per year; and

2        2.      That the action be, and it hereby is, dismissed.

3

4   DATED: March 15, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2